1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL PEDEN,                         No.  2:15-cv-0273 MCE DAD P

12            Petitioner,

13        v.                                ORDER

14   JEROME PRICE,

15            Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his

19   application for federal habeas relief, petitioner challenges a judgment of conviction issued by the

20   Kern County Superior Court.  Kern County is part of the Fresno Division of the United States

21   District Court for the Eastern District of California.  See Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

25   will not rule on petitioner's request to proceed in forma pauperis.

26        Good cause appearing, IT IS HEREBY ORDERED that:

27        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

28   /////

1

1     2.  This action is transferred to the United States District Court for the Eastern District of

2  California sitting in Fresno; and

3     3.  All future filings shall reference the new Fresno case number assigned and shall be

4  filed at:

5  United States District Court
   Eastern District of California
   2500 Tulare Street
6  Fresno, CA 93721

7  Dated:  July 17, 2015

8

9  _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE
10  DAD:md
   pede0273.109

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2